NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DUANE FAIRFAX,**

*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**

*Respondent*

---

2021-1802

---

Petition for review of the Merit Systems Protection Board in Nos. DC-1221-18-0499-W-3, DC-1221-19-0257-W-2.

---

**JUDGMENT**

---

DANIEL MEYER, MATTHEW F. MIHALICH, Tully Rinckey PLLC, Washington, DC, argued for petitioner.

STEVEN C. HOUGH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2022      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
      Clerk of Court